

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONNATAN WEISS, AND ) <br> WILLIAM WEISS, ) <br> ) <br> Defendants. ) | 2:09-CR-267-ECR (LRL) |

**FINAL ORDER OF FORFEITURE**

On November 25, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JONNATAN WEISS to criminal offense, forfeiting specific property alleged in the Criminal Indictment and Bill of Particulars for Forfeiture of Property and shown by the United States to have a requisite nexus to the offense to which defendant JONNATAN WEISS pled guilty. Docket #32.

On November 25, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant WILLIAM WEISS to criminal offense, forfeiting specific property alleged in the Criminal Indictment and Bill of Particulars for Forfeiture of Property and shown by the United States to have a requisite nexus to the offense to which defendant WILLIAM WEISS pled guilty. #34.

1  On March 17, 2010, this Court entered a Settlement Agreement, Stipulation for Entry of
2  Order of Forfeiture as to William Weiss, and Order. #42.

3  On March 17, 2010, this Court entered a Settlement Agreement, Stipulation for Entry of
4  Order of Forfeiture as to Jonnatan Weiss, and Order. #43.

5  This Court finds the United States of America published the notice of the forfeiture in
6  accordance with the law on May 7, 2010, May 14, 2010, and May 21, 2010, in the Las Vegas Review-
7  Journal/Sun, notifying all known third parties of their right to petition the Court. #48.

8  This Court finds no petition was filed herein by or on behalf of any person or entity and the
9  time for filing such petitions and claims has expired.

10  This Court finds no petitions are pending with regard to the assets named herein and the time
11  for presenting such petitions has expired.

12  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
13  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
14  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
15  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
16  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
17  law:

18      a)    Lusa USA LLC, model SGS, 9 millimeter caliber pistol, serial number
19          SP00032; and
20      b)    Bushmaster Firearm, model XM15-E2S rifle, 223 caliber, serial number
21          L508806;
22      c)    Five (5) AR-15 upper receivers;
23      d)    seven (7) AR-15 stocks;
24      e)    four (4) AR-15 high capacity magazines;
25      f)    two (2) GSG-5 magazines;
26      g)    two (2) complete AR-15 trigger assembly kits;

| | | |
|---|---|---|
| h) | miscellaneous AR-15 hand guards; |
| i) | four (4) slings; |
| j) | miscellaneous firearm grips; and |
| k) | miscellaneous gun parts ("property"). |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __26__ day of __OCTOBER__ 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on October 25, 2010, 2010 by the below identified method of service:

E-mail/ECF

Karen C. Winkler
Wright Spanish & Winkler
300 S. Fourth Street Suite 701
Las Vegas, NV 89101
Email: winckler@wswlawlw.com
Counsel for William Weiss

Brenda Weksler
Federal Public Defender
411 E. Bonneville Ave.
Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
Counsel for Jonnatan Weiss

　　　　　　　　　　　　　　　　　　/s/AlexandraMMcWhorter
　　　　　　　　　　　　　　　　　　ALEXANDRA M. MCWHORTER
　　　　　　　　　　　　　　　　　　Forfeiture Support Associate Paralegal